■ In the Matter of JOHN F. PAPSIDERO, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [666 NYS2d 59] —Resignation accepted,

name stricken from roll of attorneys and order of restitution entered. Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ.